Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Alexander R. Perry (*pro hac vice*)
aperry@hueston.com
Kelsey J. Dayton, State Bar No. 337530
kdayton@hueston.com
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

*Attorneys for Defendants*
Blue Tongue Films, Nash Edgerton, Denver and Delilah Productions, A.J. Dix, Beth Kono, Matthew Stone, Anthony Tambakis, Charlize Theron, Rebecca Yeldham, and Trish Hofmann

Spencer Dreier (*pro hac vice*)
**SD VENTURE LAW PLLC**
620 Fifth Avenue, Suite 200
New York, NY 10020
917.841.9571 – Telephone
Sdreier@sdlawpllc.com

Leland A. Wahl, State Bar No. 127101
**Leland A. Wahl Esq.**
30721 Russell Ranch Rd. Ste. 140
Westlake Village, CA 91362
Telephone: (310) 592-8306
lee@leewahl.com

*Attorneys for Plaintiffs*
Daniel E. Davis, Peter Conti, and Gringo Holdings, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. DAVIS, PETER CONTI, and GRINGO HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE TONGUE FILMS, DENVER AND DELILAH PRODUCTIONS, A.J. DIX, NASH EDGERTON, EROS INTERNATIONAL MEDIA, LTD., TRISH HOFFMAN, BETH KONO, MATTHEW STONE, ANTHONY TAMBAKIS, CHARLIZE THERON and REBECCA YELDHAM,<br><br>Defendants. | Case No. 2:21-cv-02090-JVS (JDEx)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. James V. Selna<br><br>Magistrate Judge: Hon. John D. Early<br><br>Trial: March 17, 2026 |

Plaintiffs Daniel E. Davis, Peter Conti, and Gringo Holdings, LLC's (collectively, "Plaintiffs") and Defendants Blue Tongue Films, Nash Edgerton, Eros International Media, Ltd., Denver and Delilah Productions, A.J. Dix, Beth Kono, Matthew Stone, Anthony Tambakis, Charlize Theron, Rebecca Yeldham, and Trish Hofmann (collectively, "Defendants," and together with Plaintiffs, the "Parties") by and through counsel of record, being all current parties to this action, jointly stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to dismiss this entire action, including all of their respective claims, with prejudice.[1]

Each party shall bear its own costs, expenses, and fees.

Dated: October 30, 2025

SD VENTURE LAW PLLC

By: /s/ Spencer Dreier
Spencer Dreier
*Attorneys for all Plaintiffs*

Dated: October 31, 2025

HUESTON HENNIGAN LLP

By: /s/ Moez M. Kaba
Moez M. Kaba
*Attorneys for all Defendants except Eros International Media, Ltd.*

Dated: October 31, 2025

HUGHES HUBBARD & REED LLP

By: /s/ Meaghan Gragg
Meaghan Gragg
*Attorneys for Defendant Eros International Media, Ltd.*

---

[1] The Parties understand that, under Rule 41(a)(1)(A)(ii), no court order is needed for Plaintiffs' dismissal. The Parties nonetheless attach a proposed order here because they understand that the Court requests that all stipulations be filed with proposed orders.