**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. DAVIS, PETER CONTI, and GRINGO HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE TONGUE FILMS, DENVER AND DELILAH PRODUCTIONS, A.J. DIX, NASH EDGERTON, EROS INTERNATIONAL MEDIA, LTD., TRISH HOFFMAN, BETH KONO, MATTHEW STONE, ANTHONY TAMBAKIS, CHARLIZE THERON and REBECCA YELDHAM,<br><br>Defendants. | Case No. 2:21-cv-02090-JVS (JDEx)<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A) [108]**<br><br>Judge:  Hon. James V. Selna<br><br>Magistrate Judge: Hon. John D. Early<br><br>Trial: March 17, 2026 |

- 1 -

THIS CAUSE came before the Court upon Plaintiffs Daniel E. Davis, Peter Conti, and Gringo Holdings, LLC's (collectively, "Plaintiffs") and Defendants Blue Tongue Films, Nash Edgerton, Eros International Media, Ltd., Denver and Delilah Productions, A.J. Dix, Beth Kono, Matthew Stone, Anthony Tambakis, Charlize Theron, Rebecca Yeldham, and Trish Hofmann's (together with Plaintiffs, the "Parties") Joint Stipulation of Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a) (the "Stipulation"), and it:

APPEARING THAT the Parties have jointly stipulated to dismiss this entire action, including all of their respective claims, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

Having considered the Stipulation, the Court ACKNOWLEDGES and ACCEPTS that all claims by and between the Parties in the above-captioned case are DISMISSED WITH PREJUDICE. The parties are to bear their own costs, fees, and expenses.

The Clerk of Court is directed to CLOSE the above-captioned case.

**IT IS SO ORDERED.**

Dated: November 17, 2025

_____
THE HONORABLE JAMES V. SELNA
United States District Court Judge